# Haygood *v.* Stevens.

APPEAL from the City Court of Montgomery.
Tried before the Hon. A. D. SAYRE.

CHARLES P. JONES and W. F. THETFORD, for appellant.

W. W. PEARSON, for appellee.

This suit was brought by the appellant, Jerome W. Stevens, a minor, by his next friend, against W. E. Haygood, doing business as the Montgomery Transfer Company, and sought to recover damages for injuries sustained by the plaintiff by reason of being knocked down by a wagon and team driven by the employee of the defendant, it being alleged that said wagon and team were managed in a negligent manner by said servant or employee.

There were verdict and judgment for the plaintiff, assessing his damages at $200.

The judgment is affirmed.